UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:14-MJ-1135-1RJ

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Karissa Lynn Anonsen** | ) | |

On April 1, 2015, Karissa Lynn Anonsen appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, in the Eastern District of North Carolina, and upon an earlier plea of guilty to Driving While Impaired-Level III was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on May 4, 2016, the court finds as a fact that Karissa Lynn Anonsen, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Failure to perform community service.
3. Failure to obtain a substance abuse assessment and complete any prescribed treatment program.
4. Failure to pay a monetary obligation.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 3 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 4th day of May, 2016.

Robert B. Jones, Jr.
U.S. Magistrate Judge